IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                 ORDER

  v.

                                                  08-cr-107-bbc-03

BRYAN RIVERA,

                Defendant.

_____

IT IS ORDERED that the United States Marshal Service is hereby directed to produce defendant Bryan Rivera to the Western District of Wisconsin by Friday, September 26, 2008.

Entered this 18th day of September, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge